# Court of Appeals
# of the State of Georgia

ATLANTA, July 30, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1700. IN THE INTEREST OF A. S., CHILDREN ET AL (FATHER).**

On July 20, 2020, this case was dismissed for failure to file a brief. Appellant filed a motion for reconsideration on July 24, 2020, asserting that on July 10, 2020, he attempted to file a motion to withdraw his appeal but that motion was never received by this Court.

Accordingly, the dismissal order is hereby VACATED and the motion to withdraw the appeal is hereby GRANTED. The motion for reconsideration is hereby DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 07/30/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*